FILED'06 JUN 28 08:30USDC-ORP

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| TRACY L. CASSEZZA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-702-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER of | ) | |
| Social Security, | ) | |
| | | |
| Defendant. | | |

       Alan R. Unkeles
       1865 N. W. 169th Place, No. 121
       Beaverton, Oregon 97006

       Karin J. Immergut
       United States Attorney
       District of Oregon
       Neil J. Evans
       Assistant United States Attorney
       1000 S.W. Third Avenue, Suite 600
       Portland, Oregon 97204

1 - ORDER

Jeffrey Hugh Baird
Special Assistant United States Attorney
Michael McGaughran
Social Security Administration
Office of General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104-7075

    Attorneys for Defendant

KING, Judge:

On April 6, 2006, I entered an Order reversing the decision of the Commissioner and remanding this case for further proceedings. Plaintiff now moves for an award of attorneys fees to be paid by defendant under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of the district court filing fee under 28 U.S.C. § 1920. Defendant does not object to the request. It is hereby ORDERED that attorney fees in the amount of $4,416.00 shall be awarded pursuant to 28 U.S.C. § 2412(d), and costs in the amount of $250.00 shall be awarded pursuant to 28 U.S.C. § 1920.

Dated this 27 day of June, 2006.

GARR M. KING
United States District Court Judge

2 - ORDER